# EXHIBIT A



**Terrell Owens**
@terrellowens

X.com

ARREST THEM IMMEDIATELY!!
LIKE YESTERDAY!!




From instagram.com

00:15 · 9/26/26 · **140K** Views

405 571 2.6K 129