**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**BENJAMIN WARREN HUDSON, JR., a minor, by and through his natural father and next friend DR. BENJAMIN HUDSON; ELI JAX PITALO, a minor, by and through his natural father and next friend GEORGE "TRAE" PITALO, III; and MORGAN SEYMOUR, a minor, by and through his natural father and next friend MICHAEL SEYMOUR** **PLAINTIFFS**

**v.** **CIVIL CASE NO. 1:26-cv-292-TBM-RPM**

**TERRELL ELDORADO OWENS, an individual** **DEFENDANT**

**ORDER OF RECUSAL**

This matter comes before the Court *sua sponte*, pursuant to 28 U.S.C. § 455. The undersigned finds that there are certain grounds under 28 U.S.C. § 455 which require that he be disqualified from further participating in the above-captioned case.

IT IS THEREFORE ORDERED AND ADJUDGED that the undersigned hereby recuses himself from further participation in this case. The Clerk of Court is hereby directed to reassign this case to another Judge in accordance with this Court's practice and procedure.

THIS, the 6th day of October, 2026.

*s/ Taylor B. McNeel*
UNITED STATES DISTRICT JUDGE