IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BENJAMIN WARREN HUDSON, JR.,
ELI JAX PITALO, AND MORGAN SEYMOUR PLAINTIFFS

v. CIVIL CASE NO. 1:26-cv-0292-TBM-RPM

TERRELL ELDORADO OWENS DEFENDANT

ORDER TO REASSIGN

DUE TO THE RECUSAL OF United States District Judge Taylor B. McNeel in this matter, and pursuant to Section IV of Internal Rule 1, as amended effective June 26, 2026, in order to equitably manage and distribute the caseload of the Court, and to assure prompt and expeditious handling of the court docket, the Court finds that the above-captioned civil case should be, and it is hereby, reassigned to United States District Judge Louis Guirola, Jr.

IT IS FURTHER ORDERED that the present Magistrate Judge assignment for this case will remain unchanged, and all future related cases will be assigned to Judge Guirola and to United States Magistrate Judge Robert P. Myers, Jr.

SO ORDERED AND ADJUDGED this the 6th day of October 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE