UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BENJAMIN WARREN HUDSON, JR. et al PLAINTIFFS

VERSUS CIVIL ACTION NO. 1:26-CV-292-LG-RPM

TERRELL ELDORADO OWENS DEFENDANT

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

The Court has considered the [2] Motion to Appear Pro Hac Vice filed by Plaintiffs Benjamin Warren Hudson, Jr., Eli Jax Pitalo, and Morgan Seymour for attorney Edward Andrew Paltzik. The Local Rules provide that a PHV "application ordinarily should be granted unless the court finds reasons to believe that: the applicant had, before application, filed or appeared in the federal court without having secured approval under these rules." L.U. Civ. R. 83.1(d)(7)(E). The Court notes that the name, office address, and signature of the applicant for admission appear in the Complaint, albeit with the notation "*pro hac vice* application forthcoming." [1] at 1, 44.

"The Court recognizes that as a practical matter, attorneys often file the complaint with his or her name listed and noting that a motion to be admitted will be filed." *Reech v. Sullivan*, No. 3:18-CV-35-HSO-LRA, 2018 WL 1698303, *3 (S.D. Miss. Apr. 5, 2018). However, "[t]he Mississippi Supreme Court has clearly stated that a counsel's name and office address appearing on a pleading constitutes an appearance under Mississippi law." *Isom v. Valley Forge Ins. Co.*, No. 2:16-CV-109-KS-MTP, 2016 WL 4183315, *2 (S.D. Miss. Aug. 5, 2016), *aff'd*, 716 F. App'x 280, 288 (5th Cir. 2017). Indeed, "a foreign attorney will be deemed to have made an appearance in a Mississippi lawsuit if the foreign attorney signs the pleadings or allows his or her name to be listed on the pleadings." *In re Williamson*, 838 So.2d 226, 235 (Miss. 2002); *see also* M.R.A.P. 46(b)(1)(ii)

("'Appearance' shall include the appending or allowing the appending of the foreign attorney's name on any pleading or other paper filed or served[.]"). Allowing an attorney's name to be included on a pleading prior to pro hac vice admission is "an unauthorized appearance under Mississippi law." *Clayton v. City of Oxford, Miss.*, No. 3:21-CV-174-GHD-JMV, 2021 WL 4699182, *2 (N.D. Miss. Oct. 7, 2021).

With that being said, the Court exercises its discretion and grants the motion under the circumstances, which are analogous to those in *Secherest v. City of Lexington*, 3:24-CV-34-TSL-MTP, 2024 WL 1639726, at *3 (S.D. Miss. Apr. 16, 2024). The Court finds the motion to be in substantial compliance with Rule 83.1 of the Local Rules of the United States District Court for the Southern District of Mississippi. Further, the Court finds that the applicant's hasty appearance, in isolation, does not warrant denial of admission.

Local counsel is cautioned that pleadings and filings containing the names of counsel who have not yet been admitted pro hac vice should not be signed by local counsel under L.U. Civ. R. 83.1. Local counsel, as well as the PHV attorney, are directed to review the Local Rules for PHV admissions and their respective duties as counsel of record. Local counsel is reminded of the obligations under L.U. Civ. R. 83.1(d)(3) to "personally appear and participate in all trials, in all pretrial conferences, case management conferences and settlement conferences, hearings and other proceedings conducted in open court, and all depositions or other proceedings in which testimony is given."

IT IS THEREFORE ORDERED that the [2] Motion to Appear Pro Hac Vice is hereby GRANTED, and that Edward Andrew Paltzik shall be admitted to serve as co-counsel for Plaintiffs Benjamin Warren Hudson, Jr., Eli Jax Pitalo, and Morgan Seymour. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following

link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 7th day of October 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE