AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Terrell Eldorado Owens
was received by me on *(date)* 11/4/26 .

☑ I personally served the summons on the individual at *(place)* 651-A East Fifth Street University Center, Chattanooga TN 37403 on *(date)* 11/6/26 ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❐ I returned the summons unexecuted because ______ ; or

❐ Other *(specify)*:

My fees are $ ∅ for travel and $ 1,000.00 for services, for a total of $ 1000.00 .

I declare under penalty of perjury that this information is true.

Date: 11/9/26

[signature]
*Server's signature*

Jake Elrod / Partner
*Printed name and title*

Five. One Consulting LLC
1010 Georgia Ave, Chattanooga TN 37402
*Server's address*

Additional information regarding attempted service, etc: