AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Benjaim Warren Hudson, Jr., a minor, by his father and next friend Dr. Benjamin Hudson, Eli Jax Pitalo, a minor, by his father and next frind George "Trae" Pitalo, III and Morgan Seymour, a minor by his father

*Plaintiff(s)*

v.

Terrell Eldorado Owens

*Defendant(s)*

Civil Action No. 1:2026-cv-00292 LG-RPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TERRELL ELDORADO OWENS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Tyler Cox, Esq.
Taylor and Cox Law Firm
1113 Jackson Avenue
Pascagoula, MS 39567
(228) 696-0111 tyler@taylorandcox.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 10/14/2026

S. Roberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Terrell Eldorado Owens
was received by me on *(date)* 11/4/26 .

☑ I personally served the summons on the individual at *(place)* 651-A East Fifth Street University Center, Chattanooga TN 37403 on *(date)* 11/6/26 ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there,
on *(date)* ______________, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________, who is
designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ Ø for travel and $ 1,000.00 for services, for a total of $ 1000.00 .

I declare under penalty of perjury that this information is true.

Date: 11/9/26

[signature]
*Server's signature*

Jake Elrod / Partner
*Printed name and title*

Five. One Consulting LLC
1010 Georgia Ave, Chattanooga TN 37402
*Server's address*

Additional information regarding attempted service, etc: